UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON L. OSUNA, | Civil No. C05-1978-JLR |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will update the record and re-evaluate the medical evidence as a whole for further evaluation of Plaintiff's mental impairments and clarification of her maximum residual functional capacity. The ALJ will obtain a consultative mental status evaluation and psychological testing to assist in determining Plaintiff's mental impairments at step two of the sequential evaluation. The ALJ may perform further development and conduct further proceedings as necessary.   Upon proper

Page 1      ORDER - [C05-1978-JLR]

presentation, the Court will consider Plaintiff's application for attorney fees under the Equal Access to Justice Act.

DATED this 22nd day of May, 2006.

_____
JAMES L. ROBART
United States District Judge

Recommended for Entry
this <u>19th</u> day of May, 2006.:

s/ Mary Alice Theiler
United States Magistrate Judge


Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov

Page 2      ORDER - [C05-1978-JLR]